UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Willie E, Johnson<br>   Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc.<br>Trans Union, LLC<br>Capital One Bank, NA<br>Capital Community Bank DBA LoanMart<br>   Defendants | Case#: 3:24-CV-598<br><br>**JURY DEMANDED** |

COVER LETTER FOR SUMMONSES

Comes now the Plaintiff, by counsel and files the following Summonses

1. Capital One, NA

2. Capital Community Bank DBA Loan Mart

3. Experian Information Solutions, Inc.

4. TransUnion, LLC

**Willie E. Johnson**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)