# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (Richmond Division)

| | |
|---|---|
| **WILLIE E. JOHNSON,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,** *et al.*<br><br>        **Defendants.** | Case No. 3:24-cv-598 |

## DEFENDANT CAPITAL ONE, N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, counsel for Defendant Capital One, N.A.[1] certifies that Capital One, N.A. is a wholly-owned subsidiary of Capital One Financial Corporation, which is a publicly traded corporation. Capital One Financial Corporation owns 10% or more of Capital One, N.A.'s stock. No other publicly traded corporation owns 10% or more of Capital One, N.A.'s stock. Capital One Financial Corporation has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

---

[1] On October 1, 2022, Capital One Financial Corporation completed the merger of its wholly-owned subsidiary Capital One Bank (USA), National Association with and into Capital One, National Association, a wholly-owned subsidiary of Capital One Financial Corporation, with Capital One, N.A. as the surviving entity. Accordingly, Capital One, N.A. is the true party in interest. See Capital One Financial Corporation, Form 10-Q (May 5, 2023), available at https://www.sec.gov/Archives/edgar/data/927628/000092762823000168/cof-20230331.htm.

Dated:  October 7, 2024

        Respectfully submitted,

**CAPITAL ONE, N.A.**

<u>*/s/ Bryan A. Fratkin*</u>
Bryan A. Fratkin (VSB No. 38933)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
bfratkin@mcguirewoods.com

*Counsel for Defendant Capital One, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2024, a copy of the foregoing was filed electronically using the CM/ECF system, which shall send a copy of such filing to all counsel of record.

> */s/ Bryan A. Fratkin*
> Bryan A. Fratkin (VSB No. 38933)
> **MCGUIREWOODS LLP**
> 800 East Canal Street
> Richmond, VA 23219
> Tel.: (804) 775-1000
> Fax: (804) 775-1061
> bfratkin@mcguirewoods.com
>
> *Counsel for Defendant Capital One, N.A.*