IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| WILLIE E. JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br><br>      Defendants. | Case No. 3:24-cv-598 |

**[PROPOSED] ORDER**

THIS MATTER comes before this Court pursuant to Defendant Capital One, N.A.'s ("Capital One") Consent Motion for Extension of Time to Respond to Complaint. Having reviewed Capital One's Motion and noting that Plaintiff Willie E. Johnson consents to the extension requested in the Motion, the Court finds that good cause exists to grant the Motion.

WHEREFORE, Defendant Capital One's Consent Motion for Extension of Time to Respond to Complaint is GRANTED. Defendant Capital One shall file its Answer and any other motions with respect to Plaintiff's Complaint by October 29, 2024.

**IT IS SO ORDERED**.

This the __ day of _____, 2024.

_____
Hon. Robert E. Payne
Senior United States District Judge