## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| WILLIE E. JOHNSON, | CASE NO: 3:24-cv-00598-REP |
| Plaintiff, | |
| vs. | District Judge Robert E. Payne |
| EXPERIAN INFORMATION SOLUTIONS; TRANS UNION, LLC; CAPITAL ONE BANK, N.A.; and CAPITAL COMMUNITY BANK; | |
| Defendants. | |

## ORDER GRANTING TRANS UNION LLC'S CONSENT MOTION FOR EXTENSION OF TIME

Trans Union LLC ("Trans Union"), by and through its attorney of record, filed a Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

UPON CONSIDERATION THEREOF, for good cause shown and by agreement of counsel for Plaintiffs and Trans Union, it is hereby,

ORDERED, ADJUDGED, and DECREED that Trans Union's Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED, and DECREED that Trans Union shall be GRANTED an extension of time until November 7, 2024, to file its Answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED, this the _____ day of _____ 2024.

**HONORABLE ROBERT E. PAYNE**
UNITED STATES DISTRICT JUDGE

7578474.1