**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| WILLIE E. JOHNSON, | CASE NO: 3:24-cv-00598-REP |
| Plaintiff, | |
| vs. | District Judge Robert E. Payne |
| EXPERIAN INFORMATION SOLUTIONS; TRANS UNION, LLC; CAPITAL ONE BANK, N.A.; and CAPITAL COMMUNITY BANK; | |
| Defendants. | |

**DEFENDANT TRANS UNION LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

1. Pursuant to Local Rule 7.1 of the Eastern District of Virginia, Trans Union LLC discloses that:

   a. The following are parents, subsidiaries and/or affiliate entities that have issued shares or debt securities to the public or are a publicly held entity that owns 10% or more of Trans Union LLC: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

  b.  The following are owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Intermediate Holdings, Inc. is the sole member of Trans Union LLC.

  2.  Pursuant to Federal Rule of Civil Procedure 7.1, Trans Union LLC hereby discloses that the following are the parent corporation and any publicly held corporation owning 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

                Respectfully submitted,

                */s/ Marc F. Kirkland*
                Marc F. Kirkland
                Virginia Bar Number 96234
                *Attorneys for Trans Union LLC*
                Quilling, Selander, Lownds,
                Winslett & Moser, P.C.
                6900 N. Dallas Parkway, Suite 800
                Plano, Texas 75024
                Phone: (214) 560-5454
                Fax: (214) 871-2111
                mkirkland@qslwm.com

DATED: October 8, 2024

7578482.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, a copy of the foregoing was filed electronically using the CM/ECF system, which shall send a copy of such filing to counsel of record.

*/s/ Marc F. Kirkland*
Marc F. Kirkland
Virginia Bar Number 96234
*Attorneys for Trans Union LLC*
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com

3

7578482.1