IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIE E. JOHNSON,

    Plaintiff,

v.     Civil Action No. 3:24cv598

EXPERIAN INFORMATION SOLUTION, INC.,
et al.,

    Defendants.

## ORDER

Having considered the DEFENDANT CAPITAL ONE, N.A.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT ("the Motion") (ECF No. 6), and there being no objection by the Plaintiff thereto, it is hereby ORDERED that the Motion (ECF No. 6) is GRANTED.

It is further ORDERED that Defendant Capital One shall file its Answer and any other motions with respect to Plaintiff's Complaint by October 29, 2024.

It is so ORDERED.

                    /s/  REP
                Robert E. Payne
                Senior United States District Judge

Richmond, Virginia
Date: October 9, 2024