IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIE E. JOHNSON,

    Plaintiff,

v.                                    Civil Action No. 3:24cv598

EXPERIAN INFORMATION SOLUTION, INC.,
et al.,

    Defendants.

## ORDER

Having considered TRANS UNION LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT ("the Motion") (ECF No. 7), and there being no objection by the Plaintiff thereto, it is hereby ORDERED that the Motion (ECF No. 7) is GRANTED.

It is further ORDERED that Defendant Trans Union shall file its Answer and any other motions with respect to Plaintiff's Complaint by November 7, 2024.

It is so ORDERED.

                                              /s/    REP
                                     Robert E. Payne
                                     Senior United States District Judge

Richmond, Virginia
Date: October 9, 2024