```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION
```

**WILLIE E. JOHNSON**

    **Plaintiff**,

**v.**                                                    Case No.   3:24-cv-598

**EXPERIAN INFORMATION SOLUTIONS INC. et al**

    **Defendants.**

### NOTICE OF THE CLERK'S INTENTION
### TO PROCEED WITH ABATEMENT

Court records show that the complaint in this action was filed on August 22, 2024, and that defendant, Capital Community Bank d/b/a LoanMart, has not been served with process.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and NINETY (90) DAYS having elapsed since the filing, please be advised of the Clerk's intention to dismiss this case without prejudice as to the unserved defendant FIFTEEN (15) DAYS from this date unless the plaintiff can show the Court good cause why such service was not made within the 90-day period.

                                        FERNANDO GALINDO, CLERK

                                        By:_____/s/_____
                                            Nikki Brown
                                            Deputy Clerk

Richmond, Virginia
Date: November 26, 2024