UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| Willie E, Johnson | ] | |
|---|---|---|
| Plaintiff | ] | |
| | ] | Case#: 3:24-CV-598 |
| v. | ] | |
| | ] | **JURY DEMANDED** |
| Experian Information Solutions, Inc. | ] | |
| Trans Union, LLC | ] | |
| Capital One Bank, NA | ] | |
| Capital Community Bank DBA LoanMart | ] | |
| Defendants | | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO CAPITAL COMMUNITY BANK

Comes now the Plaintiff, by counsel and files this DISMISSAL WITHOUT PREJUDICE as to Capital Community Bank DBA LoanMart, pursuant to FRCP 41(a)(1)(A)(i).

Willie E. Johnson

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 2 December 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Mark Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**Bryan A. Fratkin, Esq.**
**Counsel for Capital One, NA**

And to the following non-filing users:

NONE

        /s/ Jason M. Krumbein, Esq.
        Jason M. Krumbein, Esq. VSB#43538
        JKrumbein@KrumbeinLaw.com (e-mail)
        Counsel for Plaintiff
        1650 Willow Lawn Drive, Suite 201
        Richmond, VA 23230
        804.592.0792
        804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)