UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Willie E, Johnson ]<br>   Plaintiff ]<br>]<br>v. ]<br>]<br>Experian Information Solutions, Inc. ]<br>Trans Union, LLC ]<br>Capital One Bank, NA ]<br>Capital Community Bank DBA LoanMart ]<br>   Defendants | Case#: 3:24-CV-598<br><br>**JURY DEMANDED** |

### BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE

### EXPERIAN INFORMATION SOLUTIONS, INC

Comes now the Plaintiff, by counsel and files this BRIEF IN SUPPORT OF MOTION FOR EXTENSION and says as follows.

    This action was filed on August 22, 2024. A summons was issued on August 23, 2024, mistakenly identifying the registered agent for Experian as Corporation Service Company, at 100 Shockoe Slip. (Document 3-1) The correct Registered Agent is CT Corporation System at 4701 Cox Rd. (Exhibit A, registered agent information from Virginia State Corporation Commission).  Counsel only recently discovered the incorrect information.

    The oversight is correctible, and does not prejudice any parties.

WHEREFORE the plaintiff moves this court to extend the time to serve defendant Experian Information Solutions, Inc.

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

Willie E. Johnson

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 10 December 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Mark Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**Bryan A. Fratkin, Esq.**
**Counsel for Capital One, NA**

And to the following non-filing users:

Experian Information Solutions, Inc.
r/a  CT Corporation System
4701 Cox Rd. Suite 285
Glen Allen, VA 23060

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)