## Entity Information

### Entity Information

| | |
|---|---|
| Entity Name: | Experian Information Solutions, Inc. |
| Entity ID: | F1273541 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Series LLC: | N/A |
| Reason for Status: | Active and In Good Standing |
| Formation Date: | N/A |
| Status Date: | 04/03/2024 |
| VA Qualification Date: | 11/12/1996 |
| Period of Duration: | Perpetual |
| Industry Code: | 0 - General |
| Annual Report Due Date: | N/A |
| Jurisdiction: | OH |
| Charter Fee: | $50.00 |
| Registration Fee Due Date: | Not Required |

### Registered Agent Information

| | |
|---|---|
| RA Type: | Entity |
| Locality: | HENRICO COUNTY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | C T CORPORATION SYSTEM |
| Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |

### Principal Office Address

| | Address: | 475 ANTON BLVD, COSTA MESA, CA, 92626 - 7036, USA |
|---|---|---|

## Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| President | Yes | ALEXANDER LINTNER | 475 ANTON BLVD., COSTA MESA, CA, 92626 - 0000, USA | 11/25/2019 |
| Vice President | No | Duncan Dixon | 475 ANTON BLVD., COSTA MESA, CA, 92626 - 0000, USA | 11/19/2021 |
| Secretary | No | TOM LE | 475 ANTON BLVD, COSTA MESA, CA, 92626 - 0000, USA | 11/16/2022 |
| Officer | No | Maryam Damavandi | 475 ANTON BLVD, COSTA MESA, CA, 92626 - 7036, USA | 11/24/2020 |
| Treasurer | No | Jeff Shotts | 475 Anton Blvd., Costa Mesa, CA, 92626, USA | 11/19/2021 |
| | Yes | JENNIFER SCHULTZ | 475 ANTON BLVD, COSTA MESA, CA, 92626 - 7036, USA | 02/23/2023 |

## Current Shares

Total Shares: 500

Filing History    RA History    Name History    Previous Registrations

Garnishment Designees    Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)   Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)   (https://www.facebook.com/VirginiaStateCorporationCommission)   (https://

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx) | Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx) (https://www.facebook.com/VirginiaStateCorporationCommission) (https://