UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Willie E, Johnson ]<br>  Plaintiff ]<br> ]<br>v. ]<br> ]<br>Experian Information Solutions, Inc. ]<br>Trans Union, LLC ]<br>Capital One Bank, NA ]<br>Capital Community Bank DBA LoanMart ]<br>  Defendants | Case#: 3:24-CV-598<br><br>**JURY DEMANDED** |

### PROPOSED ORDER ON MOTION FOR EXTENSION OF TIME TO SERVE

### EXPERIAN INFORMATION SOLUTIONS, INC

UPON MOTION BY counsel for Plaintiff, it is ORDERED that the motion is GRANTED, the clerk shall issue a new summons and the plaintiff shall serve within 30 days of the clerk issuing the new summons.

Entered:_____          _____
                                                  Judge, US District Court
                                                  Eastern District of Virginia
                                                  Richmond Division

**I ASK FOR THIS**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 10 December 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Mark Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**Bryan A. Fratkin, Esq.**
**Counsel for Capital One, NA**

And to the following non-filing users:

Experian Information Solutions, Inc.
r/a CT Corporation System
4701 Cox Rd. Suite 285
Glen Allen, VA 23060

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)