IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIE E. JOHNSON,

    Plaintiff,

v.   Civil Action No. 3:24cv598

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

## ORDER

Before the Court is the plaintiff's MOTION FOR EXTENSION OF TIME TO SERVE EXPERIAN INFORMATION SOLUTIONS, INC. ("Motion for Extension") (ECF No. 15). The Court file reflects that, on September 27, 2024, plaintiff's counsel filed an executed summons regarding Experian Information Solutions, Inc. (ECF No. 4-2). Having considered the Motion for Extension (ECF No. 15) and the supporting memorandum (ECF No. 16), and it appearing that the original summons was served on an incorrect Registered Agent, it is hereby ORDERED that the Motion for Extension (ECF No. 15) is granted. It is further ORDERED that, by January 13, 2025, the plaintiff shall effectuate service of the Complaint on Experian Information Solutions, Inc.

    It is so ORDERED.

                                    /s/ _____
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: December 13, 2024