UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILLIE E. JOHNSON,**

    Plaintiff,

v.    Civil Action No. 3:24-cv-00598-REP

**EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and CAPITAL ONE BANK, NA,**

    Defendants.

**[PROPOSED] ORDER**

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Consent Motion for an Extension of Time to file responsive pleadings to the Complaint filed by Plaintiff, Willie E. Johnson ("Plaintiff"),

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff, and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Consent Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Defendant, Experian Information Solutions, Inc., shall be GRANTED an extension of time until on or before February 10, 2025, to file its responsive pleadings, including its Answer, to the Complaint filed by Willie E. Johnson.

The Clerk is directed to send a copy of this Order to counsel of record.

Dated: _____    _____
                                                      Honorable Robert E. Payne
                                                    United States District Court Judge