## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**WILLIE E. JOHNSON,**

   **Plaintiff,**

**v.**                                                    **Civil Action No. 3:24-cv-00598-REP**

**EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC, and CAPITAL ONE BANK, NA,**

   **Defendants.**

### NOTICE OF APPEARANCE

PLEASE NOTE the appearance of H. Scott Kelly on behalf of Defendant Experian Information Solutions, Inc. as counsel herein for all purposes in this matter.


Dated: January 9, 2025                    */s/ H. Scott Kelly*
                                          H. Scott Kelly
                                          Virginia State Bar No. 80546
                                          TROUTMAN PEPPER LOCKE LLP
                                          1001 Haxall Point
                                          Richmond, VA  23219
                                          Telephone: (804) 697-2202
                                          Facsimile: (804) 697-1339
                                          Email: scott.kelly@troutman.com

                                          *Counsel for Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of January 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ H. Scott Kelly*

H. Scott Kelly
Virginia State Bar No. 80546
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-2202
Facsimile: (804) 697-1339
Email: scott.kelly@troutman.com

*Counsel for Experian Information Solutions, Inc.*

2