```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
                   Richmond Division
```

WILLIE E. JOHNSON,

    Plaintiff,

v.                          Civil Action No. 3:24cv598

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants

**ORDER**

    Having considered DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CONSENT MOTION FOR AN EXTENSION OF TIME ("Motion for Extension") (ECF No. 20) and the plaintiff response thereto (ECF No. 23), and there being no objection by the plaintiff thereto, it is hereby ORDERED that the Motion for Extension (ECF No. 20) is granted with modification. It is further ORDERED that the defendant, Experian Information Solutions, Inc., shall file its Answer and any other motions with respect to the Complaint by February 10, 2025.

    It is so ORDERED.

                                    /s/   REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: January 14, 2025