UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| Willie E, Johnson<br>    Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc.<br>Trans Union, LLC<br>Capital One Bank, NA<br>Capital Community Bank DBA LoanMart<br>    Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Case#: 3:24-CV-598-REP<br><br>**JURY DEMANDED** |

### STIPULATION OF DISMISSAL AS TO TRANSUNION, LLC WITH PREJUDICE

Comes now the parties, by counsel and files this STIPULATION OF DISMISSAL WITH PREJUDICE as to TransUnion, LLC, pursuant to FRCP 41(a)(1)(A)(ii).


**Willie E. Johnson**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

**TransUnion, LLC**

  /s/ Marc F. Kirkland, Esq.
Marc F. Kirkland, Esq. VSB# 96234
MKirkland@qslwm.com (email)
Counsel for TransUnion, LLC
Quilling, Sellander Lownds Winslett & Moser, PC
6900 N. Dallas Pkwy, Suite 800
Plano, TX 75024
214.560.5454
214.871.2111 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 26 February 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Marc F. Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**Bryan A. Fratkin, Esq.**
**Counsel for Capital One, NA**

**David N. Anthony, Esq.**
**Counsel for Experian Information Solutions, Inc.**

And to the following non-filing users:

NONE

<u>/s/ Jason M. Krumbein, Esq.</u>
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)