**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**WILLIE E. JOHNSON,**

    **Plaintiff,**

**v.**     Civil Action No. **3:24-cv-00598-REP**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC., et al.,**

    **Defendants.**

## NOTICE OF APPEARANCE

Notice is hereby given that Noah J. DiPasquale, Esq., of Troutman Pepper Locke LLP enters his appearance as lead counsel for Defendant Experian Information Solutions, Inc. the above-captioned case. All pleadings, papers, and correspondence in this matter should be served upon the undersigned counsel.


Dated: February 28, 2025                By: */s/ Noah J. DiPasquale*
                                                                Noah J. DiPasquale
                                                                Virginia State Bar No. 96519
                                                                TROUTMAN PEPPER LOCKE LLP
                                                                1001 Haxall Point
                                                                Richmond, VA  23219
                                                                Telephone: (804) 697-1266
                                                                Facsimile: (804) 697-1339
                                                                Email: noah.dipasquale@troutman.com

                                                                *Counsel for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

        */s/ Noah J. DiPasquale*
        Noah J. DiPasquale
        Virginia State Bar No. 96519
        TROUTMAN PEPPER LOCKE LLP
        1001 Haxall Point
        Richmond, VA 23219
        Telephone: (804) 697-1266
        Facsimile: (804) 697-1339
        Email: noah.dipasquale@troutman.com

        *Counsel for Experian Information Solutions, Inc.*

170007366