IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIE E. JOHNSON,

    Plaintiff,

v.                                Civil Action No. 3:24-cv-598

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendant.

### ORDER

Having reviewed the NOTICE OF SETTLEMENT AS TO CAPITAL ONE BANK, NA (ECF No. 30) filed on March 8, 2025, and it appearing that the dispute in this action as to Capitol One Bank, NA ("Capitol One") has been settled, it is hereby ORDERED that all pending deadlines are suspended as to Capitol One and, by March 29, 2025, the parties shall electronically file a Stipulation of Dismissal as to Capitol One.

It is so ORDERED.

                                                  /s/   *RSP*
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: March *10*, 2025