UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| Willie E, Johnson | ] | |
| --- | --- | --- |
|    Plaintiff | ] | |
| | ] | Case#: 3:24-CV-598-REP |
| v. | ] | |
| | ] | **JURY DEMANDED** |
| Experian Information Solutions, Inc. | ] | |
| Trans Union, LLC | ] | |
| Capital One Bank, NA | ] | |
| Capital Community Bank DBA LoanMart | ] | |
|    Defendants | | |

<u>NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.</u>

Comes now the plaintiff by counsel and gives notice to all that a settlement agreement has been reached in principal, and a Stipulation of Dismissal is expected within 21 days.


Willie E. Johnson

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 10 March 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Marc F. Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**Bryan A. Fratkin, Esq.**
**Ellen Chumbley, Esq.**
**Counsel for Capital One, NA**

**David N. Anthony, Esq.**
**Noah J. DiPasquale, Esq.**
**Counsel for Experian Information Solutions, Inc.**

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)