IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division


WILLIE E. JOHNSON,

    Plaintiff,

v.                                    Civil Action No. 3:24-cv-598

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendant.

## ORDER

Having reviewed the NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC. (ECF No. 32) filed on March 10, 2025, and it appearing that the dispute in this action has been settled between the Plaintiff and Experian Information Solutions, Inc. ("Experian") and across all the parties, it is hereby ORDERED that all pending deadlines as to Experian are suspended and, by March 29, 2025, the parties shall electronically file a Stipulation of Dismissal as to Experian.

    It is so ORDERED.


                                    /s/ _____

                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: March 13, 2025