UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Willie E, Johnson<br>    Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc.<br>Trans Union, LLC<br>Capital One Bank, NA<br>Capital Community Bank DBA LoanMart<br>    Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Case#: 3:24-CV-598-REP<br><br>**JURY DEMANDED** |

## STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC

## and CAPITAL ONE BANK, NA WITH PREJUDICE

Comes now the parties, by counsel and files this STIPULATION OF DISMISSAL WITH

PREJUDICE as to Experian Information Solutions, Inc and Capital One Bank, NA,

pursuant to FRCP 41(a)(1)(A)(ii).

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

**Willie E. Johnson**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

**Experian Information Solutions, Inc**

   /s/David N. Anthony, Esq.
David N. Anthony, Esq. VSB#31696
H. Scott Key, Esq. VSB#80546
Noah DiPasquale, Esq. VSB#96519
Counsel for Experian Information
Solutions, Inc.
Troutman Pepper Locke, LLP
1001 Haxall Pt.
Richmond, VA 23219
804.697.5410
804.698.5118 (fax)
David.Anthony@Trouman.com (email)
Scott.Kelly@Troutman.com (email)
Noah.diPasquale@Troutman.com (email)

**Capital One Bank , NA**

   /s/Bryan . Fratkin, Esq.
Bryan A. Fratkin, Esq. VSB$38933
BFratkin@McGuireWoods.com (email)
McGuire Woods, LLP
Gateway Plaza
800 E. Canal St.
Richmond, VA 23219
804.775.4352
804.698.2100 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16 April 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Marc F. Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**Bryan A. Fratkin, Esq.**
**Counsel for Capital One, NA**

**David N. Anthony, Esq.**
**H. Scott Kelly, Esq.**
**Noah DiPasquale, Esq.**
**Counsel for Experian Information Solutions, Inc.**

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Willie E. Johnson
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)